UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 24-cr-235 (JWB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Tyrone Antwan Carter, Jr., | |
| Defendant. | |

This matter comes before the Court on the Defendant Tyrone Antwan Carter Jr.'s Motion to File Pretrial Motions Late, ECF No. 36. Defendant seeks leave to file pretrial motions now that he has rejected the plea agreement. *Id.* at 1.

Based on all the files, records, proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to File Pretrial Motions Late, ECF No. 36, is **GRANTED**.

2. Pursuant to 18 U.S.C. § 3161(h), the period of time from **October 25, 2024 through December 17, 2024,** shall be excluded from Speedy Trial Act computations in this case.

3. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **January 7, 2025, at 10:00 a.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. Defendant shall file its pretrial motions consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **December 17, 2024**.

5. **Counsel must electronically file a letter on or before December 17, 2024 if no motions will be filed and there is no need for hearing.**

6. All responses to motions must be filed by **December 31, 2024**.

7. Any Notice of Intent to Call Witnesses must be filed by **December 31, 2024**.

8. Any Responsive Notice of Intent to Call Witnesses must be filed by **January 6, 2025.**

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **January 7, 2025, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

11. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT:** the following trial and trial-related dates are:

Counsel should submit two hard copies of trial briefs, voir dire, proposed jury instructions, exhibit and witness lists, and trial-related motions (including motions in

2

limine) to District Judge Jerry W. Blackwell's chambers on or before *a date to be determined*.  In addition, counsel should email the proposed jury instructions and exhibit and witness lists to: blackwell_chambers@mnd.uscourts.gov.

Judge Blackwell will hold a final pretrial on *a date to be determined* in **Courtroom 3B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

This case must commence trial on *a date to be determined* before District Judge Blackwell in **Courtroom 3B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

b.   **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Blackwell to confirm the new trial date.**

Dated: December 5, 2024                    *s/Tony N. Leung*
                                                    Tony N. Leung
                                                    United States Magistrate Judge
                                                    District of Minnesota

                                                    *United States v. Carter*
                                                    Case No. 24-cr-235 (JWB/TNL)